**Order entered March 25, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00954-CV

### IN THE MATTER OF THE MARRIAGE OF LORIE RUTH BAKER AND GREGORY JOSEPH FINSTER

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-13669**

## ORDER

By letter dated February 22, 2019, we informed appellant that his notice of appeal was untimely. Without a timely notice of appeal, this Court lacks jurisdiction. *See* TEX. R. APP. P. 25.1(b). Because the notice of appeal was filed within the fifteen-day grace period, we informed appellant that he could cure the timeliness problem by filing a motion for extension of time to file the notice of appeal. *See id*. 26.3. We instructed appellant to file, by March 4, 2019, an extension motion and cautioned him that failure to do so could result in dismissal of the appeal without further notice. Appellant did not comply, but on March 21, 2019 filed a motion requesting an extension of time to file his brief on the merits. We **GRANT** the motion **to the extent** that we **SUSPEND** the deadline for appellant's brief on the merits pending the filing of a motion for extension of time to file the notice of appeal. Appellant shall file, by **April 1, 2019**, a motion for extension of time to file his notice of appeal. We caution appellant that failure to file

a motion for extension of time to file his notice of appeal by April 1, 2019 may result in dismissal of the appeal without further notice.

/s/    ERIN A. NOWELL
        JUSTICE